No. D–1878. IN RE DISBARMENT OF KERSNER. Steven P. Kersner, of Washington, D. C., is suspended from the practice of

law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.